May 7, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

NATHAN HILTON, M.D, Appellant

NO. 14-14-00697-CV                          V.

NEVILLYN WETTERMARK, Appellee

_____

This cause, an appeal from the order in favor of appellee, Nevillyn Wettermark, signed August 5, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We order appellant, Nathan Hilton, M.D, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.